**Order entered December 31, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01290-CV

### FORGET ABOUT IT, INC., ET AL., Appellants

### V.

### BIOTE MEDICAL, LLC, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01784-B**

## ORDER

Before the Court is the December 28, 2018 request of Robin Washington, Official Court Reporter of County Court at Law No. 2, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **January 7, 2019**.

/s/    ADA BROWN
        JUSTICE